```
 1  RICHARD G. HILL, ESQ.
    State Bar No. 596
 2  CASEY D. BAKER, ESQ.
    State Bar No. 9504
 3  652 Forest Street
    Reno, Nevada 89509
 4  (775) 348-0888
    Attorney for Gregory Ofiesh
 5
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAMESH KHATTER, | Case No. CV-N-05-0129-ECR-RAM |
| Plaintiff, | |
| v. | |
| GREGORY OFIESH and DOES 1-10, | **ORDER AND STIPULATION** |
| Defendants. | |
| AND RELATED CLAIMS. | |

Plaintiff and defendant, through their undersigned counsel, herewith stipulate and agree that the Clerk of the Court shall, forthwith, release all funds held by the Clerk in this case. The Clerk shall make his check payable to: Gregory Ofiesh, and release same to Richard G. Hill, Esq., Father Gregory Ofiesh's counsel.

RESPECTFULLY SUBMITTED.

DATED this 13th day of September, 2006.

_____
DEL HARDY, ESQ.
Hardy & Associates
96 & 98 Winter Street
Reno, Nevada 89503
Attorney for Plaintiff

DATED this 13th day of September, 2006.

_____
RICHARD G. HILL, ESQ.
652 Forest Street
Reno, Nevada 89509
Attorney for Gregory Ofiesh

## ORDER

Upon the stipulation of counsel and other good cause appearing therefor,

IT IS HEREBY ORDERED that the Clerk of the Court shall, forthwith, release all funds held in this case to Gregory Ofiesh, c/o Richard G. Hill, Esq.

IT IS SO ORDERED.

DATED this __13th__ day of September, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

- 2 -